THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHELLE MARGO STURGES,

    Plaintiff

vs.

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL
SECURITY,

    Defendant

3:12-CV-01633

(Judge MARIANI)

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

    1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Michelle Margo Sturges as set forth in the following paragraph.

    2. The decision of the Commissioner of Social Security denying Michelle Margo Sturges disability insurance benefits is affirmed.

    3. The Clerk of Court shall close this case.

Robert D. Mariani
United States District Judge

Date: April 28, 2014